

**JANE L. HANSON**
OF COUNSEL

55 Hudson Yards | New York, NY 10001-2163
(212) 530-5512 | milbank.com | jhanson@milbank.com

December 9, 2019

VIA ECF

Hon. Analisa Torres,
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re: *Copeland v. Legal Aid Society of New York, et al.* 19-cv-05702 (S.D.N.Y.)

Dear Judge Torres:

    We are *pro-bono* counsel for defendants the Legal Aid Society of New York, Jennifer Williams, and Adriene Holder (collectively, "<u>Defendants</u>") in the above-referenced matter. The Initial Conference Letter and Case Management Plan is presently due today, December 9, 2019, with an Initial Conference scheduled for December 16, 2019.

    The parties participated in a full day of Court-ordered mediation on Thursday, December 5, 2019 with Mediator Steven Skulnik. The mediation has been left open and will continue via telephone. In light of this, the Court granted a joint request in the related matter, *Gillman v. The Legal Aid Society*, No. 19-cv-09310, extending the deadline by which Defendant's answer was due to December 20, 2019. We write the Court to request a brief extension of the *Copeland* deadlines to facilitate the mediation and better align the two related cases. We ask that the deadline to submit the Initial Conference Letter and Case Management Plan be extended to on or after December 20, 2019, and that the Court select a date convenient after January 2, 2019 for the Initial Conference. There have been no prior requests for an extension of this deadline. Opposing counsel has consented to this request.

    Thank you for your consideration.

Yours truly,

*/s/ Jane L. Hanson*
Jane L. Hanson
Of Counsel

**DENIED.** By **December 11, 2019**, the parties shall submit their joint letter and case management plan.

**SO ORDERED.**

Dated: December 9, 2019
       New York, New York

ANALISA TORRES
United States District Judge